In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00037-CV
_____

**MARK JOHNSTON, Appellant**

**V.**

**JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2005-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR1, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 12-26210-CV**

**ORDER**

The appellant, Mark Johnston, and the appellee, JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc., Greenpoint MTA Trust 2005-AR1, Mortgage Pass-Through Certificates, Series 2005-AR1, filed a joint motion the abate the appeal pending settlement. The parties inform the Court that they require additional time to finalize the settlement documents.

1

It is, therefore, ORDERED that the appeal is abated for forty-five days. All appellate timetables are stayed during the abatement. The appeal will be reinstated without further order of this Court in forty-five days unless before that date the appellants file a motion to dismiss the appeal, the parties file a joint motion for an agreed disposition of the appeal, or the parties notify the Court that they require additional time to complete the settlement.

ORDER ENTERED October 16, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.